LOWMAN v. THE STATE.

GILBERT, Justice. The defendant was convicted of the offense of murder. The exception is to the overruling of a motion for a new trial, based upon the general grounds only. The verdict was authorized by the evidence, and the court did not err in overruling the motion.

*Judgment affirmed. All the Justices concur.*

No. 11248. FEBRUARY 18, 1936.

*Edwin J. Feiler* and *Emanuel Kronstadt,* for plaintiff in error.

*M. J. Yeomans, attorney-general, Samuel A. Cann, solicitor-general, George L. Goode,* and *Andrew J. Ryan,* contra.